UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                           PLAINTIFF

v.                                                                                         CRIMINAL NO.:  3:24-CR-47-RGJ
                                                                                                        *Electronically Filed*

**BRENT GOLDSBERRY**                                                                                                 DEFENDANT

## WRIT OF HABEAS CORPUS
## AD PROSEQUENDUM

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF KENTUCKY AND THE JAILER OF THE LOUISVILLE METRO DEPARTMENT CORRECTIONS at LOUISVILLE, KENTUCKY, GREETINGS:

We command that you have the body of **BRENT GOLDSBERRY** now detained in the Louisville Metro Department Corrections at Louisville, Kentucky, under your custody as it is said, under safe and secure conduct on or before the 24th day of June, 2024 at Louisville, Kentucky, by 1:30 p.m. EST, for appearance before the Judge of our District Court within and for the District aforesaid, and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, charges against him now pending in this Court, and after conclusion of said cause, that you return him to the said Louisville Metro Department Corrections at Louisville, Kentucky, under safe and secure conduct, and have you then and there this writ.

cc:   United States Attorney (ECL)
      United States Marshal

                                                                        Rebecca Grady Jennings, District Judge
                                                                        United States District Court

May 22, 2024